MINUTE ENTRY
FALLON, J.
AUGUST 25, 2005

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

SUN WINN, ET AL — CIVIL ACTION

VERSUS — NO. 03-2230
c/w 03-2262

CHICAGO RAWHIDE MFG. CO., ET AL — SECTION: L

Before Judge Eldon E. Fallon
Thursday, August 25, 2005, 10:45 am
(continued from 8-24-05)
Courtroom Deputy: Gaylyn Lambert
Court Reporter: David Zarek

Appearances: William M. Bass, Esq. & Kristen Menard, Esq. for Petroleum Helicopters, Inc. & Sun Winn; Randall K. Theunissen, Esq. & Douglas Pahl, Esq. for SKF USA, Inc.; Troy G. Ingram, Esq. for Timothy Ellis Davis

---

JURY TRIAL:
SKF USA, Inc. Witness:
Richard Allen Lee - sworn - accepted as expert in helicopter operations & piloting.
SKF USA rests.
Sun Winn rests. No rebuttal witnesses.
outside jury's presence:
Reurged motion of plaintiff, Timothy Ellis Davis - Ruling Reserved.
Reurged motion of SKF USA - Ruling Reserved.
Plaintiff, Timothy Ellis Davis and Petroleum Helicopters objections to jury charges on the record. return to jury's presence:
Closing Arguments
Jury charged and instructed by the Court.
Jury retires for deliberation @3:27 pm
Jury returns from deliberation @4:25 pm.
VERDICT : See verdict form attached.
Court orders verdict be entered into the record.
Jury thanked and excused.
Court orders all motions on which ruling was reserved are Denied as Moot.
Court adjourned at 4:35 pm.

JS-10: 3:00

Fee
Process
X Dktd
CtRmDep
Doc.No.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY ELLIS DAVIS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 03-2230<br>Ref: 03-2262 |
| PETROLEUM HELICOPTERS, INC., ET AL. | SECTION "L" (3) |

## JURY INTERROGATORIES

Please answer the following questions:

1. Do you find that Petroleum Helicopters, Inc., Sun Winn, and/or other employees negligently maintained and/or operated its helicopter?

Yes ✓ No ______

(If you answered "yes," then proceed to Question 2. If you answered "no," then proceed to Question 3.)

2. Do you find that Petroleum Helicopters, Inc., Sun Winn, and/or other employees' negligent maintenance and/or operation was a proximate cause of Tim Davis' injuries?

Yes ✓ No ______

(Proceed to Question 3.)

3. Do you find that SKF USA, Inc. manufactured an unreasonably dangerous product?

Yes ______ No ✓

(If you answered "yes," then proceed to Question 4. If you answered "no," then proceed to

Question 5.)

4. Do you find that SKF USA, Inc.'s manufacturing of an unreasonably dangerous product was a proximate cause of Tim Davis' injuries?

Yes ______ No ______

(Proceed to Question 5.)

5. What percentage of fault, if any, do you attribute to Petroleum Helicopters, Inc., Sun Winn, and/or SKF USA, Inc.?

| | | |
|---|---|---|
| Petroleum Helicopters, Inc. | 75 | % |
| Sun Winn | 25 | % |
| SKF USA, Inc. | 0 | % |

(Total Percentages Must Equal 100%)

(If and only if you have found at least one of Petroleum Helicopters, Inc., Sun Winn, and SKF USA, Inc. liable, then proceed to Question 6. If you have not found any of Petroleum Helicopters, Inc., Sun Winn, and SKF USA, Inc. liable, but answered "yes" to Question 3, then proceed to Question 7. If you have not found any of Petroleum Helicopters, Inc., Sun Winn, and SKF USA, Inc. liable and answered "no" to Question 3, then proceed to the end.)

6. What amount, if any, do you find will fairly and adequately compensate Tim Davis for his injuries?

a) Past, present, and future pain and suffering and resulting mental anguish $ 45,000.00

b) Past and future medical expenses $ 8034.00

c) Future Impairment $ 2500.00

TOTAL AMOUNT $ 55,536

(If you answered "yes" to Question 3, proceed to Question 7. If you answered "no" to Question 3, then proceed to the end.)

7. Do you find that SKF USA, Inc.'s manufacturing of an unreasonably dangerous product was a proximate cause of Petroleum Helicopters, Inc.'s damages?

Yes ______ No ______

(If you answered "yes," proceed to Question 8. If you answered "no," then proceed to the end.)

8. What amount, if any, do you find will fairly and adequately compensate Petroleum Helicopters, Inc. for its injuries?

TOTAL AMOUNT $ 0

(Please date and sign the verdict form and return to the courtroom.)

New Orleans, Louisiana, this 25 day of August, 2005.

[signature]
FOREPERSON

RECEIVED
AUG 18 2005
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY ELLIS DAVIS AND JACQUELINE DAVIS | * | CIVIL ACTION NO. 03-2262 |
| VERSUS | * | SECTION L MAG. (3) |
| PETROLEUM HELICOPTERS, INC. CHICAGO RAWHIDE MANUFACTURING COMPANY, SKF USA, INC. AND SUN WINN | * | JUDGE FALLON |
| | * | MAGISTRATE KNOWLES |

******************************************

*CONSOLIDATED WITH*

| | | |
|---|---|---|
| SUN WINN, LIEU WINN and PETROLEUM HELICOPTERS, INC. | * | CIVIL ACTION NO. 03-2230 |
| VERSUS | * | SECTION L MAG. (3) |
| CHICAGO RAWHIDE MANUFACTURING and AB SKF USA, INC. | * | JUDGE FALLON |
| | | MAGISTRATE KNOWLES |

******************************************

BENCH BOOK OF EXHIBITS SUBMITTED ON
BEHALF OF PLAINTIFF, TIMOTHY ELLIS DAVIS

ADMITTED
8-22-05

1. ~~Accident/Incident reports.~~ diagram of plaintiff, Timothy Davis
(SKF Exhibit 1).

Plaintiff, T. Davis, Exhibits

CA 03-2230 + c/c - L

2. Information regarding helicopter accident of 07/27/00 involving Sunn Winn.
(SKF Exhibit 16)

3. Personnel/performance file of Sunn Winn.
(SKF Exhibits 16-25, 94-95)

4. Emergency card/Instructions for emergency landings.
(SKF Exhibit 50-51)

5. PHI Form C -- Longitudinal Aircraft Weight and Balance Record for N8197TX.
(SKF Exhibit 46)

6. Eurocopter Model B-105 Actual Weight and Balance Certificate #HEER617E dated 2/20/01.
(SKF Exhibit 47)

7. SEPCO/Shell EP Projects/SAI Incident Investigation TRIPOD Beta Report -- PHI MBB Bolkow 105 Ditching, Gulf of Mexico, August 12, 2002. (and documents reviewed in preparation of report).
(SKF Exhibit 12)

8. Accident Reports prepared by Project Consulting Services.
(SKF Exhibits 5-7)

9. W-2s of Timothy Davis for 1997 through 2003.
(SKF Exhibit 26)

10. Timothy Davis' Time Record List for 2004.
(SKF Exhibit 27)

11. Chronology of Timothy Davis' pay benefits.
(SKF Exhibit 28)

12. Summary of Benefits Plan of PCS; re: Timothy Davis.
(SKF Exhibit 29)

PLTF, Timothy Davis, Exhibits

CA 03-2230 + c/c-L

Admitted:

13. Timothy Davis' pay and benefits and withholding for 2004. (SKF Exhibit 30)

8-22-05 14. Medical records -- Kenneth Adatto/Orleans Orthopaedic Associates.

8-22-05 15. Medical expenses incurred by Timothy Ellis.

8-22-05 16. Medical Records -- St. Charles General Hospital

8-22-05 17. Medical Records -- West Jefferson Medical Center

8-22-05 18.a 18 B Any and all photographs of the aircraft or the aircraft engine which forms the subject matter of this lawsuit. (SKF Exhibits 12 & 13)

19. Any and all documents/exhibits produced during the deposition(s) of any witness or party. (SKF Exhibits 125-135)

20. Any and all discovery propounded to any party to this lawsuit. (withdrawn)

21. Any and all discovery responses prepared by any party to this lawsuit.

(withdrawn)

8-23-05 22. Curriculum Vitae of Kenneth N. Adatto

8-25-05 23. Personnel Status Notification on Sun Winn

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| Sun Winn, et al VS. Chicago Rawhide Mfg | DISTRICT COURT<br>Eastern District of Louisiana |
| PLAINTIFF'S ATTORNEY: Wm. Bass, Troy Ingram — DEFENDANT'S ATTORNEY: Randy Theunissen | DOCKET NUMBER: 03-2230 c/w c/c-L |
| | TRIAL DATE(S): 8-22-05 - 8-25-05 |
| PRESIDING JUDGE - Eldon E. Fallon — COURT REPORTER: David Zarek | COURTROOM DEPUTY Gaylyn Lambert |

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant, Sun Winn, Exhibits |
| | | | | | |
| | 27A | 8-22-05 | ✓ | ✓ | photograph |
| | 27B | 8-22-05 | ✓ | ✓ | photograph |
| | 16 | 8-22-05 | ✓ | ✓ | photograph |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SUN WINN, LIEU HUYNH WINN and PETROLEUM HELICOPTERS, INC.** — **CIVIL ACTION NO.: 03-2230**

**VERSUS** — **SECTION: L**

**CHICAGO RAWHIDE MANUFACTURING COMPANY and AB SKF USA, INC.** — **MAGISTRATE: 3**

**CONSOLIDATED WITH**

**TIMOTHY ELLIS DAVIS and JACQUELINE DAVIS** — **CIVIL ACTION NO.: 03-2262**

**VERSUS**

**PETROLEUM HELICOPTERS, INC.**
**CHICAGO RAWHIDE MANUFACTURING COMPANY, SKF USA, INC. and SUN WINN**

*************************************************************************************

# PETROLEUM HELICOPTERS, INC.'S BENCH BOOK INDEX

1. Statement of Timothy Davis

2. Statement of passenger, James Levis

3. Statement of passenger, Chris Hadley

4. FAA Accident/Incident Report Form 8020-23

5. Airman Certificate for Sun Winn with Proficiency Checkride Form

6. Medical Certificate for Sun Winn

7. Rolls Royce/Allison Parts Information Letter dated 09/30/98 on Viton Lip Seals referencing seal #23063370

CA 03-2230 + C/c -

8. Rolls Royce 250-C20 Series Operation and Maintenance documents:

Operation & Maintenance Page 202 (12/30/96)
Operation & Maintenance Page 303 (12/30/96)
Operation & Maintenance Page 45 (07/15/99)
Operation & Maintenance Page 307 (12/30/96)
Operation & Maintenance Page 47 (06/01/01)
Operation & Maintenance Page 48 (06/01/01)
Operation & Maintenance Page 252 (10/15/97)
Operation & Maintenance Page 253 (06/01/02)
Operation & Maintenance Page 254 (12/30/96)

9. PHI Occurrence Report (PHI-946-aircraft occurrence-001)

10. Drug screens of Sun Winn after incident

11. PHI BO-105 Daily Pre-flight documentation Pages 1-6

12. PHI - FAA Approved Repair Station

13. PHI Maintenance Records for BO-105 N8197X (9 pages) with Engineering Reports

8-24-05 14. Rolls-Royce letter dated 02/04/03 regarding approval for use of tool

15. Group 1 Photographs - submerged helicopter after incident

Withdrawn on 8-23-05

~~8-22-05~~ 16a Group 2 Photographs - helicopter being recovered from Gulf after incident ~~as marked by witness (Sun Winn)~~

17. Group 3 Photographs - subject seal, exemplar seals & installation tool

18. Group 4 Photographs - subject seal, quarantined seals removed from PHI on 03/21/05

19. Group 5 Photographs - tool used by PHI to install/change PTO seal

8-24-05 20. Bud's Boat Rental Invoice #29706 in the amount of $3,418.61 and Daily Master Log of M/V MR LEROY

8-24-05 21. Ace Waybill for shipment of damaged helicopter from Bud's Dock to PHI in the amount of $1,050

8-24-05 22. PHI flight charge for evacuation of passengers - $3,645

PHI, Inc. CA 03-2230 c/w K-L

8-24-05 23. LaBorde Marine Invoice - $15,000 for salvage/recovery of helicopter

24. PHI financial report indicating book value of N8197X at $792,950

8-24-05 25. Shell/PHI Contract for helicopter service

8-23-05 26. Group 6 Photographs - Anderson & Associates laboratory testing conducted on March 3-4, 2005 26a thru 26o - photos 26p and 26q - mfg. specifications

27. Group 7 Photographs - BO105 helicopter

28. Failed seal and PTO shaft - in possession of SKF USA, Inc. expert, Jamie Petty-Galis

29. Certificate of Aircraft Registration for N8197X issued 07/24/02

30. Medical records/expenses from West Jefferson Medical Center on Timothy Davis

31. Medical records/expenses from Orleans Orthopedic/The Louisiana Clinic on Timothy Davis

32. Medical records/expenses from St. Charles General Hospital on Timothy Davis

33. CR Industries: "How to Make an Oil Seal" in video format

34. Deposition of Sharon Desfor, President of HeliValue$ being taken August 15, 2005

35. Seals (defective and quarantined) - in possession of PHI expert, James Irvin

36. Manufacturer's Specifications for Subject Sseal, including composition and measurements requested to be produced by SKF USA, Inc. on 08/12/05

"Other" SEALS ISSUE: These exhibits are NOT FOR JURY:
1 through 10 - photographs - 8-23-05 - admitted
11. Specifications - 8-23-05 - admitted
12. Specifications - 8-23-05 - admitted

# Trial Exhibits of SKF USA Inc.
# Volume 1

RECEIVED
AUG 16 2005
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

## ACCIDENT REPORTS

1. FAA Accident/Incident report;

2. PHI Occurrence Report;

3. Employer's First Report of Injury or Occupational Illness [Sun Winn];

4. Employee's First Report of Injury [Sun Winn];

5. Project Consulting Services' Supervisor's Accident Investigation Report [Tim Davis];

6. Project Consulting Services' Supervisor's Accident Report [Tim Davis];

7. Employer Report of Injury/Illness [Tim Davis];

## INVESTIGATIVE INFORMATION

8. Chronology and recap of events obtained from Sun Winn during initial interview;

9. Recorded and transcribed statement from Sun Winn pertaining to his work related injury;

10. Statement of Timothy Davis;

8-23-05 11.a SEPCO/Shell Incident Investigation TRIPOD Beta Report;

12. Photos of teardown of seal;

13. Photographs taken by Chris Andrews at Inspection on 11/11/04;

14. VACANT – See exhibits to deposition of James Irvin containing photographs of evidence recorded by Anderson Laboratories during further examination of the subject seal and sister seal in early March of 2005;

15. PHI Work Orders dated 8/14/02, 8/15/02, and 8/19/02, regarding disassembly of engine and compressor in connection with accident investigation;

**EMPLOYMENT INFORMATION REGARDING SUN WINN**

16. Personnel File of Sun Winn with Training Records, containing the following:

-- Agreement, Release and Waiver re voluntary early retirement;
-- Personnel Status Notification re voluntary Retirement Plan;
-- PHI Company Clearance Form re Sun Winn's retirement;
-- Vacation/Sick Leave Activity Report re Sun Winn;
-- Letter to Sun Win advising of increase in pay effective 6/2/03;
-- Memo of 8/28/00 re disqualifying Sun Winn at latest Safety Award Review Team meeting;
-- Memo of 8/28/00 to Sun Winn re an incident involving a main rotor blade strike which disqualifies him for the Safety Award Program;
-- Memo of 8/10/98 to Sun Winn re an incident where he started aircraft with one main rotor blade tied down, which disqualifies him for the Safety Award Program;
-- Employment history indicating suspension w/o pay for Operations Manual violation;
-- Commendation;
-- Letter dated 08/01/00 from FAA require re-examination of airman competency in connection with July 27, 2000, incident;

# Trial Exhibits of SKF USA Inc.
# Volume 2

17. Sun Winn's FAA Airline Transport Pilot card;

18. Sun Winn's FAA Medical Certificate;

19. PHI Personnel Status Notification re Sun Winn's name change;

20. Social Security Card and Memo re Sun Winn's name change from Sung Nguyen;

21. PHI Post-Incident Review re accident of Sun Winn on 7/27/00;

22. PHI Answer Sheet for pilot certificate of Sun Winn, dated 3/4/02;

23. PHI Airman Competency/Proficiency Check dated 3/4/02 re Sun Winn;

24. PHI's Individual Pilot Times for 5/1/02 to 7/31/02;

25. Sun Winn's Monthly Activity for July 2002;

**EMPLOYMENT INFORMATION REGARDING TIM DAVIS**

26. W-2s of Timothy Davis for 1997 through 2003;

27. Timothy Davis' Time Record List for 2004;

28. Chronology of Timothy Davis' pay benefits;

29. Summary of Benefits Plan of PCS re Timothy Davis;

30. Timothy Davis' pay and benefits and withholding for 2004;

31. Tim Davis' salary comparables;

**INTEROFFICE EMAIL, MEMORANDA, AND NOTES REGARDING INCIDENT**

32. AIG Activity Note created by Sheila Taylor re t/c with Sun Winn where he advised he had bumped into tire on boat and then fell back onto life raft;

33. Fax from Elizabeth Montgomery of AIGCS to Julie Gurzi of PHI advising no contracts between boat owner, British Petroleum and PHI and verbal understanding with boat owner that there will be no subrogation attempts and requesting AIGCS not to pursue subrogation against boat owner or British Petroleum;

34. Email of 8/12/02 from Bob Cummiskey re names, addresses, etc., of passengers;

35. Email of 8/12/02 from Bob Cummiskey providing supplemental info re accident;

36. Email of 8/12/02 from Bob Cummiskey re accident and occurrences after the accident, including towing of aircraft;

37. Interoffice Occurrence Notification;

38. Email of 8/12/02 from Bob Cummiskey re request to Mike Hurst for his comments about single engine performance;

39. Email of 8/13/02 from Bob Cummiskey re Status of Aircraft Recovery;

40. Email of 8/14/02 from Bob Cummiskey re vessel, dock, and personnel involved and man hours for recovery of helicopter;

41. PHI Memo from Michael J. Block to file, dated 8/15/02 regarding cause of accident;

Exhibits 03-2230 "L"

42. Email of 8/20/02 from Bob Cummiskey forwarding historical info and recap of events;

43. Email from Bob Cummiskey dated 8/29/02 re expenses incurred in recovery of airframe and personnel;

44. Expenses incurred for recovery of aircraft and personnel;

## INFORMATION REGARDING THE HELICOPTER

45. PHI Form C – Longitudinal Aircraft Weight and Balance Record for N8197X;

46. Aircraft Weight and Balance Record; Form C Longitudinal from flight manual which was in the water.

47. Eurocopter Model B-105 Actual Weight and Balance Certificate #HEER617E dated 2/20/01;

48. Eurocopter BO-105 Series Actual Weight and Balance N8197X S808, dated 2/20/01;

8-24-05 49.a BO 105 CB/CBS Approved Rotorcraft Flight Manual;

# Trial Exhibits of SKF USA Inc.
# Volume 3

50. BO 105 checklist;

51. BO-105 Training Manual;

52. Certificate of Conformance for Allison Engine CAE-836115, 01/31/97;

53. Service Record of Engine CAE-836115, including records of engine, compressor, gearbox, and turbine service, modifications, transfer, CEB compliance, inspection, maintenance, and overhaul;

54. PHI Status Report, Engine C208, Part 6893660;

55. Historical Record, Engine C208, Part 6893660, CAE-836115;

56. Historical Record, Compressor, Part 6890550, CHC-41933;

57. Historical Record, CAT 36701;

58. PHI Work Order No.: J0166860;

59. PHI C20 Turbine Parts Qualification Sheet for Work Order No.: J0166860;

60. PHI Work Order J0151105-RG and completion documents [Repair due to metal in oil.];

61. Computer printouts for parts in connection with Order J0151105;

62. Material Purchase Order for lubricants;

63. Service Record, Engine Assembly, CAE-836115, Model 250-C20B;

64. Engineering and maintenance records pertaining to maintenance performed on the subject helicopter on August 9, 2002;

65. PHI Work Order #20020181;

66. PHI Work Order Page Count & Total Manhours Report for work order #20020181;

67. PHI Work Order/Job Activity Inquiry;

68. Appraisal by HeliValues, Inc., dated April 8, 2005 and August 10, 2005;

69. Exemplar part no. 23063370;

70. Exemplar part no. 23063369;

71. Part No. 6796941;

72. Gear box and cover from the subject engine;

73. Power takeoff shaft from the subject engine;

## PHI ENGINEERING REPORTS

8-22-05 74. Engineering Report dated 08/09/02, BO-105, N-8197X, Houma Station;

75. PHI Engineering Report dated 12/26/01, BO-105, N-8197X;

76. Engineering Reports dated 08/01/02 to 08/11/02, BO-105, N-8197X, Houma Station;

77. PHI Flight and Engineering Reports dated 06/01/02 to 07/31/02, BO-105, N-8197X;

78. PHI Flight and Engineering Reports dated 04/01/02 to 05/31/02, BO-105, N-8197X;

79. PHI Flight and Engineering Reports dated 02/01/02 to 03/31/02, BO-105, N-8197X;

80. PHI Flight and Engineering Reports dated 01/01/02 to 01/31/02, BO-105, N-8197X;

81. PHI Flight and Engineering Reports dated 12/01/01 to 12/31/01, BO-105, N-8197X;

82. PHI Flight and Engineering Reports dated 10/01/01 to 11/30/01, BO-105, N-8197X;

# Trial Exhibits of SKF USA Inc.
# Volume 4

83. PHI Flight and Engineering Reports dated 08/01/01 to 09/30/01, BO-105, N-8197X;

84. PHI Flight and Engineering Reports dated 06/01/01 to 07/31/01, BO-105, N-8197X;

85. PHI Flight and Engineering Reports dated 04/01/01 to 05/31/01, BO-105, N-8197X;

86. PHI Flight and Engineering Reports dated 02/24/01 to 03/31/01, BO-105, N-8197X;

87. PHI Flight and Engineering Reports dated 01/01/00 to 03/10/00, BO-105, N-8197X;

**PHI DAILY FLIGHT SHEETS, PASSENGER LISTS, AND LOAD MANIFESTS**

88. PHI Daily Flight Sheet for N-3108E dated 8/12/02;

89. PHI Daily Flight Sheet for 107X dated 8/12/02;

90. PHI Load Manifest for 107X, dated 8/12/02;

91. PHI Passenger List for 107X, dated 8/12/02;

92. PHI Daily Flight Sheet dated 8/12/02 for Shell Offshore;

93. PHI Daily Flight Sheet for N-3107 dated 8/12/02;

**PHI INFORMATION**

94. PHI Emergency Training;

95. PHI emergency procedures;

8-22-05 96.a Emergency flotation system chapter for the flight manual for the BO 105 CB/CBS identified as 10-22;

97. List of all pilots who have left employ of PHI since 8/12/02;

98. Invoice #29706 dated 8/15/02 from Bud's Boat Rental to PHI for service of MR. LEROY;

99. Daily Master's Log of 8/15/02 for MR. LEROY;

100. ASCO delivery ticket dated 8/13/02;

101. ASCO meter ticket #1009769, dated 8/13/02;

102. Ace Transportation Bill of Lading #031-890697 for helicopter parts, dated 8/13/02;

**ALLISON ENGINE INFORMATION**

103. Allison Parts Information Letter re Hydrodynamic Viton Lip Seals;

104. Design and manufacture specifications for the plain encased hydrodynamic viton seal bearing Rolls Royce part number 23063370, provided by Allison/Rolls Royce to SKF USA Inc.;

8-22-05 105. Service Letter 1221 which introduced the plain encased hydrodynamic viton seal for use in the Allison/Rolls Royce 250-C20 engine;

106. Material Safety Data Sheet for Aeroshell ® Turbine Oil 560;

107. Allison Parts Information Letter, Subject: Hydrodynamic Viton Lip Seals;

108. Rolls-Royce, Commercial Service Letter, re Hydrodynamic Lip Seals [diagrams];

109. Pg. 202 of Rolls-Royce 250-C20 Operation and Maintenance; regarding oil and oil seal replacement;

110. Pg. 303 of Rolls-Royce 250-C20 Operation and Maintenance; Table 301, Special Service Tool;

111. Pg. 45 of Rolls-Royce 250-C20 Operation and Maintenance; regarding oils and additives;

112. Pg. 307 of Rolls-Royce 250-C20 Operation and Maintenance; Table 302, Summary of Consumable Materials;

113. Pg. 47 & 48 of Rolls-Royce 250-C20 Operation and Maintenance; Approved Oils, Manufacturers Designation and Address;

114. Pgs. 252, 253, 254 of Rolls-Royce 250-C20 Operation and Maintenance; regarding installing seal [diagrams];

115. Aviall Packing List, Shipment No. 934344, Part No. 23063370 – Plain Encased Seal – Hyd 1.5605; Ordered date 11/08/00;

116. Shipments Tracking Detail, Shipment No. 000934344, shipment date 06/01/01;

117. Computer printout re Part No. 23063370;

118. Vacant;

119. Guidelines for Accident Investigation involving an Allison model 250 Series Engine;

8-22-05 120. Pertinent portions of the Rolls Royce operations and Maintenance Manual;

121. Section 72-60-00 Page 309 and Table 3 of 2 pertaining to gear shaft inspection limits;

122. Rolls Royce Illustrated Parts Catalogue;

123. Letter dated June 13, 2002, from Howard Townsend of Arkansas Children's Hospital to David Young; and

124. Internal Memorandum of Rolls-Royce Corporation, dated August 2, 2002, from Gary Gentz to Gary Souza.

**MISCELLANEOUS**

125. Exhibits to deposition of Sun Winn;

126. Exhibits to deposition of Timothy Davis;

127. Exhibits to deposition of Ronald E. Wade;

128. Exhibits to deposition of Michael Hurst;

129. Exhibits to deposition of Glenn K. Koniewicz;

130. Exhibits to deposition of John Grissinger;

131. Exhibits to deposition of Jason Kidd;

132. Exhibits to deposition of Christopher Andrews;

8-24-05 132a. curriculum vitae Christopher Andrews

8-24-05 132b. photo

8-24-05 132c. photo

# Trial Exhibits of SKF USA Inc.
# Volume 5

133. Exhibits to deposition of Richard Lee;

# Trial Exhibits of SKF USA Inc.
# Volume 6

8-24-05 134a. curriculum Vitae of Jamie L. Petty-Galis

134. Exhibits to deposition of Jamie Petty-Gallis;

8-24-05 134c (a) photos w/ markings

8-24-05 134d. photo w/ markings of witness Petty-Galis.

8-24-05 134e photo " "

8-24-05 134i photo w/ marking

8-24-05 134g photo w/ markings

8-24-05 134h photo w/ markings

# Trial Exhibits of SKF USA Inc.
# Volume 7 and 8

135. Exhibits to deposition of James Irvin;

8-23-05 136, photograph w/ marking of counsel. (during test. of Sun Winn 8-22-05)

8-24-05 139a (3) photos in globo

8-24-05 139a-1 photo w/ marking

8-24-05 139b. (3) photos in globo

8-24-05 139c (3) photos in globo

8-23-05 137. Petroleum Helicopters Status Reports

8-25-05 140. Curriculum Vitae Richard Allen Lee