U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2005 DEC 14 PM 4:24
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUN WINN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-2230**<br>**Ref: all cases** |
| **CHICAGO RAWHIDE MANUFACTURING COMPANY, ET AL.** | **SECTION "L" (3)** |

**PARTIAL JUDGMENT**

This matter came on for jury trial on previous days. Now therefore considering the answers of the jury to the interrogatories propounded to them and further considering to the direction of the Court as to the entry of judgment, accordingly,

IT IS ORDERED that there be judgment in favor of Timothy Ellis Davis and against Petroleum Helicopters, Inc. in the amount of $55,536.00, together with pre-judgment interest thereon from date of accident until date of judgment and together with interest thereon from date of judgment until paid, as well as all taxable costs associated with the prosecution of Timothy Ellis Davis' claims.

IT IS FURTHER ORDERED that judgment be entered in favor of SKF USA, Inc. and against Timothy Ellis Davis and Petroleum Helicopters, Inc. on all claims which are hereby dismissed with prejudice; and SKF USA, Inc. shall recover its taxable costs against Petroleum Helicopters, Inc.

The claims of Commerce and Industry Insurance Company and Petroleum Helicopters, Inc. for reimbursement of past and future longshoreman and harbor worker's compensation

___ Fee___________
___ Process_________
X Dktd___________
V CtRmDep_________
___ Doc. No.________

benefits paid to or on behalf of Sun Winn will be resolved in a subsequent judgment.

New Orleans, Louisiana, this 13th day of December, 2005.

United States District Judge